ed, without costs. Motion for leave to appeal to Court of Appeals granted, 147 N. Y. Supp. 1131. See, also, 156 App. Div. 383, 141 N. Y. Supp. 399.

PEDERSIN, Respondent, v. LEONHARD MICHEL BREWING CO., Appellant. Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by John S. Pedersin against the Leonhard Michel Brewing Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Certification of questions is unnecessary. For former decision, see, 147 N. Y. Supp. 1130.

PEISER v. KALISH et al. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Isaac Peiser against Edwin L. Kalish and others. M. L. Schallek, of New York City, for appellant. C. A. Kalish and S. J. Loeb, both of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. Order filed.

PELLOCK, Respondent, v. SCHENECTADY RY CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Frances S. Pellock, as administratrix, etc., of John Pellock, deceased, against the Schenectady Railway Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 N. Y. Supp. 1137.
WOODWARD, J., dissents.

PEOPLE, Respondent, v. ADLER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Max Adler and another. A. A. Mayper, of New York City, for appellants. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. ADROGNA et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceedings by the People of the State of New York against Giuseppe Adrogna and others. A. D. Pape, of New York City, for appellants. L. Fabricant, of New York City, for the People. No opinion. Orders affirmed. Orders filed. See, also, 145 N. Y. Supp. 1137.

PEOPLE, Respondent, v. BERARD, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Proceeding by the People of the State of New York against John H. Berard. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. BODNER, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Proceeding by the People of the State of New York against John Bodner. M. E. Duffy, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Proceeding by the People of the State of New York against Eric E. Cornell. C. L. Jordan, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 156 App. Div. 899, 141 N. Y. Supp. 1136.

PEOPLE v. DANIEL. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Proceeding by the People of the State of New York against Phocion M. Daniel, Jr. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. FEGELLI, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York against Joseph Fegelli. No opinion. Motion to dismiss appeal granted, upon the ground that no merits are shown, as required by the special rule of this court, but without prejudice to an application to be relieved from the order of dismissal, upon the presentation of proper papers. Order of dismissal of appeal vacated, 147 N. Y. Supp. 1131.

PEOPLE, Respondent, v. FEGELLI, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Proceeding by the People of the State of New York against Joseph Fegelli. No opinion. Motion granted, and order dismissing appeal (from 147 N. Y. Supp. 1131) vacated and set aside, on condition that appellant perfect his appeal, place the same on the June calendar, and be ready for argument when reached; otherwise, motion denied.

PEOPLE, Respondent, v. FERRA, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Proceeding by the People of the State of New York against Antonio Ferra. No opinion. Judgment of conviction of the County Court of Queens County, and order, reversed on argument, for error in instruction to the jury at folio 152 of the record, and new trial ordered.

PEOPLE v. FORTI. (Supreme Court, Appellate Division, First Department. April 9, 1014.) Proceeding by the People of the State of New York against Giuseppe Forti. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. HOROWITZ, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Proceeding by the People of the State of New York against Charles S. Horowitz. N. Burkan, of New York City, for appellant. J. W. Osborne, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 154 App. Div. 940, 139 N. Y. Supp. 1137; 155 App. Div. 932, 140 N. Y. Supp. 1136.